**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**HELENA DIVISION**

**EARNEST SIMES, DR., ET AL.**                                                                 **PLAINTIFFS**

**VS.**                              **CASE NO. 2:06CV00091 JMM**

**DR. KENNETH JAMES, ET AL.**                                                           **DEFENDANT**

**ORDER**

Plaintiffs' Motion for Leave to File a Reply to Defendants' Motion in Opposition to Plaintiffs' Motion to Stay Proceeding is granted (#46). Plaintiffs are directed to file their reply on, or before May 11, 2007.

A telephone conference is set for   Monday, May 14, 2007   at   1:00 p.m   to hear arguments on whether a stay is appropriate in this matter.

IT IS SO ORDERED THIS   10   day of   May  , 2007.

_____
James M. Moody
United States District Court