IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

**EARNEST SIMES, ET AL.**                                                              **PLAINTIFFS**

VS.                                   **CASE NO. 2:06CV00091 JMM**

**DR. KENNETH JAMES**                                                              **DEFENDANT**

**ORDER**

Pending before the Court are plaintiffs' First and Second Motions to Stay (#38 and #40). For the reasons stated into the record at the hearing held on May 14, 2007, the Court rules as follows:

1. Discovery involving each of the four plaintiffs under indictment is stayed through the conclusion of their individual criminal trial;

2. If necessary, the parties may apply for permission to depose any witness, other than the four plaintiffs under indictment, to preserve their testimony;

3. The discovery deadlines set forth in the scheduling order of May 7, 2007 are stayed and will be re-set by subsequent Order; and

4. This Order is entered without prejudice.

The motions are denied in part and granted in part.

IT IS SO ORDERED THIS   14   day of    May   , 2007.

_____
James M. Moody
United States District Court