# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### HELENA DIVISION

**EARNEST SIMES, ET AL.**                                                                 **PLAINTIFFS**

**VS.**                           **CASE NO. 2:06CV00091 JMM**

**DR. KENNETH JAMES, ET AL.**                                                       **DEFENDANTS**

### ORDER

On February 13, 2008, the Court granted a Motion to Continue and directed plaintiffs to file a status report on, or before, April 14, 2008, that would inform the Court when they would no longer be under threat of prosecution under the pending criminal charges.

Plaintiffs have failed to file the requested report. Plaintiffs are, again, directed to file, on, or before, May 15, 2008 a status report on their pending criminal charges. Failure to file the status report may result in an order to show cause why plaintiffs should not be held in contempt of court.

IT IS SO ORDERED THIS  5  day of   May  , 2008.

_____
James M. Moody
United States District Judge