IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

**EARNEST SIMES, ET AL.**                                                                 **PLAINTIFFS**

**VS.**                           **CASE NO. 2:06CV00091 JMM**

**DR. KENNETH JAMES, ET AL.**                                                        **DEFENDANTS**

### ORDER

On February 13, 2008, the Court granted a Motion to Continue in the above styled case. Plaintiffs are directed to file a status report on, or before, June 30, 2009, informing the Court when they will no longer be under threat of prosecution for pending criminal charges and when plaintiffs anticipate they will be able to proceed with their case.

IT IS SO ORDERED THIS  8  day of   June  , 2009.

_____
James M. Moody
United States District Judge