## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

| | |
|---|---|
| EARNEST SIMES, DR. T.J. GRAHAM, LIONELL MOSS, RAYMOND SIMES, CALVIN HOLDEN, DR. MARILYN PEETE, ADOLPHUS HICKS, and MARYLENE MITCHELL-TATE | PLAINTIFFS |
| v.   No. 2:06CV00091 JLH | |
| DR. KENNETH JAMES; and HELENA-WEST HELENA SCHOOL DISTRICT | DEFENDANTS |

### ORDER

Lawrence W. Jackson is hereby substituted as counsel for the Helena-West Helena School District in place of Kent J. Rubens. Rieves, Rubens & Mayton is relieved of any further responsibility in this matter.

IT IS SO ORDERED this 11th day of August, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE