IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

EARNEST SIMES, DR. T.J. GRAHAM,
LIONELL MOSS, RAYMOND SIMES,
CALVIN HOLDEN, DR. MARILYN PEETE,
ADOLPHUS HICKS, and MARYLENE
MITCHELL-TATE                                            PLAINTIFFS

    v.                     Civil No. 06-91

DR. KENNETH JAMES and HELENA-
WEST HELENA SCHOOL DISTRICT                              DEFENDANTS

## J U D G M E N T

For reasons set forth in the Memorandum Opinion, filed contemporaneously herewith, Defendants' Motions for Summary Judgment (docs. 109 & 115) are **GRANTED**. Plaintiffs' claims are **DISMISSED WITH PREJUDICE**.[1] Plaintiffs' Motion for Partial Summary Judgment (doc. 113) is **DENIED**. The parties are to bear their own fees and costs. **The parties have thirty days from entry of this judgment on the docket in which to appeal.**

IT IS SO ORDERED this 25th day of February 2014.

                                              /s/ Robert T. Dawson
                                              Honorable Robert T. Dawson
                                              United States District Judge

---

[1] Separate Plaintiff Dr. Marilyn Peete's claims are DISMISSED WITHOUT PREJUDICE for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.